FILED
Oct 27 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ mattb    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: '16 CR 2480 W |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) – Bringing in Aliens Without Presentation; Title 18, U.S.C., Sec. 2 – Aiding and Abetting |
| MARIA OLGA GUTIERREZ, | |
| Defendant. | |

The United States Attorney charges:

On or about September 12, 2016, within the Southern District of California, defendant MARIA OLGA GUTIERREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Arturo Morelos-Garcia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

DATED: 10/27/16 .

LAURA E. DUFFY
United States Attorney

MATTHEW C. BREHM
Assistant U.S. Attorney

MCB:rm:9/27/2016